1 | Cheryl L. Stengel, CLS-B (#179460)
LAW OFFICE OF CHERYL L. STENGEL
2 | 402 West Broadway, Suite 1230
San Diego, CA 92101
3 | Telephone: (619) 269-2126
Facsimile: (619) 452-3660
4 | E-mail: clstengel@outlook.com

5 | Counsel for Secured Creditors
Bobbi J. Pearson, an Individual and
6 | Trustee of the Bobbi J. Pearson Trust,
and Oak Tree Escrows, Inc.

7

8 |                UNITED STATES BANKRUPTCY COURT

9 |                SOUTHERN DISTRICT OF CALIFORNIA

10 | In re                      )  Case No. 24-02993-JBM13
                               )
11 |                           )  NOTICE OF APPEARANCE AND
     PAUL JOSEPH BLAZEVICH,    )  REQUEST FOR SERVICE
12 |                           )
                               )
13 |                           )
                               )
14 |              Debtor.       )
    _____)
15

16 | TO: THE DEBTOR AND ALL PARTIES OF RECORD:

17 |      PLEASE TAKE NOTICE that the Law Office of Cheryl L. Stengel,

18 | counsel for the above-referenced parties, hereby enters

19 | appearance and, pursuant to 11 U.S.C. §§102(1) and 342, and

20 | Federal Rules of Bankruptcy Procedure 2002(g), 9007, and 9010(b),

21 | requests notice of all events relevant to the above-referenced

22 | bankruptcy case and copies of all pleadings or documents filed in

23 | the above-referenced bankruptcy by the Debtor or other any other

24 | party in interest, including all notices and pleadings under Fed.

25 | R. Bankr. P. 2002, to be served as follows:

26 |                    Law Office of Cheryl L. Stengel
                        402 W. Broadway, Suite 1230
27 |                    San Diego, CA 92101
                        E-mail/NEF: clstengel@outlook.com
28

1      In addition, the Law Office of Cheryl L. Stengel requests to

2 be added to the Court's Master Mailing List in this case.

3

Dated: September 13, 2024    LAW OFFICE OF CHERYL L. STENGEL

4

5

                     By: /s/ Cheryl L. Stengel

6                         Cheryl L. Stengel

7                         Counsel for Secured Creditors

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I, Cheryl L. Stengel, hereby declare that I am over 18 years of age, a resident of the County of San Diego, State of California, and am not a party to the within proceeding, <u>In re Paul Joseph Blazevich</u>, U.S.B.C. Case No. 24-02993-JBM13;

On September 13, 2024, I filed and caused to be served by the U.S. Bankruptcy Court via the CM/ECF Notice of Electronic Filing ("NEF") or U.S. Postal Service, first-class mail, a copy of:

- NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

to:

Michael Koch, Trustee, via NEF to: mkoch@ch13.sdcoxmail.com

<u>First-class mail to:</u>
Paul Joseph Blazevich
1918 Wooden Street
San Diego, CA 92113

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on September 13, 2024 at San Diego, California.

/s/ Cheryl L. Stengel
Cheryl L. Stengel
402 W. Broadway, Suite 1230
San Diego, CA 92101

-3-