# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

***Hearing Information:***

| | |
|---|---|
| **Debtor:** | Paul Joseph Blazevich |
| **Case Number:** | 24-02993-JBM **Chapter:** 13 |
| **Date / Time/ Room:** | 11/19/2024 11:00 AM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | Cynthia Lam |

***Matters:***

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF BANK OF AMERICA, N.A.

3) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF BOBBI J. PEARSON, TRUSTEE; AND OAK TREE ESCROWS, INC.

***Appearances:***

REBECCA PENNINGTON, ATTORNEY FOR MICHAEL KOCH, CHAPTER 13 TRUSTEE
CHERYL STENGEL, ATTORNEY FOR BOBBI J. PEARSON, OAK TREE ESCROWS, INC.

***Disposition:***

1-3) Case dismissed pursuant to the Court's Tentative Rulings and as set forth on the record.

Order to be submitted by Ms. Pennington