0061-DS-EPIEXX-00047362-97614

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re: PAUL JOSEPH BLAZEVICH    Case No.: 24-02993-JBM13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael Koch, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2024.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 11/26/2024.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 5.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

Total paid by or on behalf of the debtor: $.00

Less amount refunded to debtor: $.00

**NET RECEIPTS:** $.00

**Expenses of Administration:**

Attorney's Fees Paid Through The Plan: $.00

Court Costs: $.00

Trustee Expenses and Compensation: $.00

Other: $.00

**TOTAL EXPENSES OF ADMINISTRATION:** $.00

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AJAY KUMRA | Unsecured | 25,000.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 6,740.25 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 1,923.01 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 1,748.00 | NA | NA | .00 | .00 |
| BOBBI PEARSON INDIV AND TRUSTEE | Secured | 230,000.00 | 161,541.15 | 161,541.15 | .00 | .00 |
| CAPITAL ONE | Unsecured | 7,217.03 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,632.05 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,200.00 | 1,152.73 | 1,152.73 | .00 | .00 |
| NEWREZ LLC | Secured | 84,720.00 | 105,154.91 | 105,154.91 | .00 | .00 |

0061-DS-EPIEXX-00047362-97614

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re: PAUL JOSEPH BLAZEVICH

Debtor(s)

Case No.: 24-02993-JBM13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Unsecured | 12,448.00 | 20,058.36 | 20,058.36 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 105,154.91 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 161,541.15 | .00 | .00 |
| **TOTAL SECURED:** | 266,696.06 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,211.09 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/24/2025

By: /s/Michael Koch
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

United States Bankruptcy Court
Southern District of California

In re:
Paul Joseph Blazevich
Debtor

Case No. 24-02993-JBM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0974-3 | User: Admin. | Page 1 of 2
Date Rcvd: Jan 24, 2025 | Form ID: pdf901 | Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Joseph Blazevich, 1918 Wooden Street, San Diego, CA 92113-4236 |
| cr | + | Bobbi J. Pearson, an Individual and Trustee of the, 561 N. Magnolia Ave, El Cajon, CA 92020-3608 |
| 15119472 | + | Bobbi Pearson, 561 North Magnolia, El Cajon, California 92020-3608 |
| 15127526 | + | Cheryl L. Stengel, Esq., 402 West Broadway, Suite 1230, San Diego, CA 92101-8508 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15135568 | | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 23:22:00 | Bank of America, N.A., c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15119473 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2025 23:21:34 | Chase Bank, Card Member Services, Post Office Box 6294, Carol Stream, Illinois 60197-6294 |
| 15123557 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2025 23:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15136150 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 24 2025 23:22:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15119471 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 23:22:00 | Shellpoint Mortgage Servicing, 55 Beatie Place, Greenville, South Carolina 29601-2165 |
| 15120110 | | Email/Text: EDBKNotices@ecmc.org | Jan 24 2025 23:22:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Jan 24, 2025 Form ID: pdf901 Total Noticed: 10

Date: Jan 26, 2025 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cheryl L. Stengel | on behalf of Creditor Bobbi J. Pearson an Individual and Trustee of the Bobbi J. Pearson Trust, and Oak Tree Escrows, Inc. clstengel@outlook.com |
| Jenelle Arnold | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ecfcasb@aldridgepite.com jarnold@ecf.courtdrive.com |
| Jenelle Arnold | on behalf of Creditor Bank of America ecfcasb@aldridgepite.com jarnold@ecf.courtdrive.com |
| Michael Koch | mkoch@ch13.sdcoxmail.com admin@ch13.sdcoxmail.com;mkoch13@ecf.epiqsystems.com;trusteeCASBDS@ecf.epiqsystems.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 5